JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 648 -- In re Montana Power Company Securites Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/05/14 | 1 | MOTION, MEMORANDUM, SCHEDULE, EXHIBITS (A,B,C) AND CERT. OF SVC. -- Pltfs. Virginia David, et al. -- SUGGESTED TRANSFEREE DISTRICT: N.D. CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/05/24 | | APPEARANCES:  PAUL F. BENNETT, ESQ. for Virginia David, et al., STUART H. SAVETT, ESQ. for William Gendelman, et al., DONALD A. SCOTT, ESQ. for The Montana Power Company, W. P. Schmechel, John J. Burke, Walter G. Kelley, J. A. McElwain and Donald K. Percival (rh) |
| 85/05/28 | | APPEARANCE:  STANLEY R. WOLFE, ESQ. for Jerome R. Balka, et al. (rh) |
| 85/05/29 | 2 | RESPONSE -- Pltf. Jerome R. Balka, et al. -- w/cert. of svc. (rh) |
| 85/05/29 | 3 | RESPONSE -- Defts. The Montana Power Company, W.P. Schmechel, John J. Burke, Walter G. Kelley, J.A. McElwain, and Donald K. Percival -- w/cert. of svc. (rh) |
| 85/05/30 | 4 | RESPONSE -- Pltf. William Gendelman, et al. -- w/cert. of svc. (rh) |
| 85/06/03 | 5 | REPLY MEMORANDUM, DECLARATION OF RICHARD A. ROGOFF, EXHIBIT A -- plaintiff Virginia David, et al. -- w/cert. of service (cds) |
| 85/06/04 | 6 | RESPONSE -- defendants The Montana Power Co., W.P. Schmechel, John J. Burke, Walter G. Kelley, J.A. McElwain and Donald K. Percival -- w/cert. of service (cds) |
| 85/06/06 | 7 | MEMORANDUM -- pltfs. Jerome R. Balka, et al. w/cert. of svc. (ds) |
| 85/06/07 | 8 | MEMORANDUM -- William Gendelman, et al. w/cert. of svc. (ds) |
| 85/06/10 | | HEARING ORDER -- setting motion for transfer for Panel hearing on July 11, 1985 in Boston, Massachusetts  (emh) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/07/10 | | HEARING APPEARANCES: GERALD J. RODOS, ESQ. for Virginia David, DAVID H. WEINSTEIN, ESQ. for William Gendelman, et al. and DONALD A. SCOTT, ESQ. for The Montana Power Co., W. P. Schmechel, John J. Burke, Walter G. Kelley, J. A. McElwain, and Donald K. Percival (rh) |
| 85/08/07 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Charles C. Lovell pursuant to 28 U.S.C. §1407. (ds) |
| 85/08/07 | | TRANSFER ORDER -- transferring A-1 thru A-3 to the District of Montana for pretrial proceedings, pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 648 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MONTANA POWER COMPANY SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 11, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 7, 1985 | TO | Unpublished | D. Montana | Charles C. Lovell | |

Special Transferee Information

DATE CLOSED: 4/15/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 648 -- In re Montana Power Company Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Virginia David, et al. v. The Montana Power Company, et al. | Cal.,N. Weigel | 85-3207-SAW | 8/7/85 | 85-203 | 4/15/86 D | |
| A-2 | William Gindelman, et al. v. The Montana Power Company, et al. | Pa.,E. Shapiro | 85-0901 | 8/7/85 | 85-205 | 4/15/86 D | |
| A-3 | Jerome R. Balka, et al. v. The Montana Power Company, et al. | Pa.,E. Shapiro | 85-2456 | 8/7/85 | 85-206 | 4/15/86 D | |

Litigation closed. 4/15/86

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 648 -- In re Montana Power Company Securities Litigation

---

VIRGINIA DAVID, ET AL. (A-1)
Paul F. Bennett, Esquire
David B. Gold, A Professional
  Law Corporation
120 Montgomery Stree, Suite 650
San Francisco, CA  94104

WILLIAM GENDELMAN, ET AL. (A-2)
Stuart H. Savett, Esquire
Kohn, Savett, Marion & Graf
2400 One Reading Center
1101 Market Street
Philadelphia, PA  19107

JEROME R. BALKA, ET AL. (A-3)
Stanley R. Wolfe, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103


THE MONTANA POWER COMPANY
W. P. SCHMECHEL
JOHN J. BURKE
WALTER G. KELLEY
J. A. MCELWAIN
DONALD K. PERCIVAL
Donald A. Scott, Esquire
Morgan, Lewis & Bockius
2000 One Logan Square
Philadelphia, PA  19103

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 648 -- In re Montana Power Company Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Montana Power Company | A-1, A-2, A-3 |
| W.P. Schmechel | A-1, A-2, A-3 |
| John J. Burke | A-1, A-2, A-3 |
| Walter G. Kelley | A-1, A-2, A-3 |
| J.A. McElwain | A-1, A-2, A-3, |
| Donald K. Percival | A-1, A-2, A-3 |
| | |
| | |
| | |
| | |
| | |