JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG -7 1985

CLERK OF THE PANEL

DOCKET NO. 648

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MONTANA POWER COMPANY SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of three actions pending in two federal districts: two actions in the Eastern District of Pennsylvania and one action in the Northern District of California. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the California plaintiff to centralize the actions for coordinated or consolidated pretrial proceedings. All responding parties agree that the actions should be centralized under Section 1407; the parties' only dispute is over the selection of the appropriate transferee district. The California and Pennsylvania plaintiffs seek centralization in the Northern District of California or Eastern District of Pennsylvania, respectively, while defendants favor centralization in the District of Montana.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the District of Montana will best serve the convenience of parties and witnesses and promote the just and efficient conduct of this litigation. All actions arise out of the denial of a rate increase to the Montana Power Company (Montana Power) and the alleged failure of Montana Power to disclose in any public documents that this denial would have a substantial adverse impact on Montana Power and, consequently, the value of its common stock. Centralization under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of Montana is the appropriate transferee forum. We note that 1) Montana Power has its corporate headquarters in Butte, Montana; 2) all Montana Power's documents are located there; and 3) all individual defendants and many likely witnesses reside in Montana.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Charles C. Lovell for coordinated or consolidated pretrial proceedings.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-648 -- In re Montana Power Company Securities Litigation

### Northern District of California

Virginia David, et al. v. The Montana Power Company, et al., C.A. No. 85-3207-SAW

### Eastern District of Pennsylvania

William Gindelman, et al. v. The Montana Power Company, et al., C.A. No. 85-0901

Jerome R. Balka, et al. v. The Montana Power Company, et al., C.A. No. 85-2456